UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MELLO<br><br>Defendant. | Criminal No.: 26-MJ-00050-RLA |

ASSENTED-TO-MOTION TO RE-SEAL COMPLAINT

The United States, through undersigned counsel, moves that the above complaint be re-sealed. (The case may remain unsealed.) The Government will next be filing a motion to unseal the complaint in a redacted form.

As grounds, the Government advises that its seeks to limit public disclosure of the locations at which victims were victimized, to protect the identities of the alleged victims and the businesses which the alleged offense conduct occurred.

Counsel for the Government has conferred with counsel for the Defendant, who assents to this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

Todd Blanche
*Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

Denise M. Barton

CHRISTINE D. LOWELL
DENISE M. BARTON
Assistant U.S. Attorneys

SO ORDERED:

______________________________

REBECCA L. AITCHISON
UNITED STATES MAGISTRATE JUDGE

DATE: 11/10/2026