UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH MELLO<br><br>Defendant. | Criminal No.: 26-MJ-00050-RLA |

ASSENTED-TO-MOTION TO UNSEAL COMPLAINT IN REDACTED FORM

The United States, through undersigned counsel, moves that the original Affidavit supporting the Criminal Complaint remain sealed and the attached redacted Affidavit be made public.[1]

As grounds, the Government advises that its seeks to limit public disclosure of the locations at which victims were victimized, to protect the identities of the alleged victims and the businesses which the alleged offense conduct occurred. The Government also seeks to protect the identity of another person referenced in the Affidavit, who is not currently identified as a victim in this case, but about whom private information is referenced.

Therefore, due to the nature of the information in the Affidavit, the United States requests that the original Affidavit in support of the criminal complaints is to remain sealed, and the attached redacted Affidavit is to be made public. However, counsel for Defendant and the Defendant may be granted access to the unredacted, sealed copy of the Affidavit.

[1] The case may remain unsealed, as was one of the request made through the Motion filed at ECF No. 5.

Counsel for the Government has conferred with counsel for the Defendant, who assents to this request.

Respectfully submitted,

UNITED STATES OF AMERICA
By its Attorney,

Todd Blanche
*Attorney General*

Charles C. Calenda
*First Assistant U.S. Attorney*
*District of Rhode Island*

Denise M. Barton

CHRISTINE D. LOWELL
DENISE M. BARTON
Assistant U.S. Attorneys

SO ORDERED:

____________________________________
REBECCA L. AITCHISON
UNITED STATES MAGISTRATE JUDGE

DATE: 11/10/2026