UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOSEPH L. MELLO III,<br>Defendant. | Criminal Case No. 26-MJ-50 RLA |

**NOTICE RE: IMPACT STATEMENTS OF VICTIMS**

As this Court is aware, under the Crime Victims' Rights Act, 18 U.S.C. § 3771 (CVRA), among the rights afforded to victims, is "[t]he right to be reasonably heard at any public proceeding in the district court involving release, plea, sentencing, or any parole proceeding." 18 U.S.C. § 3771(a)(4).

On November 9, 2026, the Government provided notice to the Court and the Defendant that one of victims of the Defendant intended to exercise her rights under the CVRA.

Since the Defendant's federal arrest, as the Government has endeavored to meet its statutory obligations to identity and provide notice to the victims, additional victims have been identified and have expressed that they wish to be heard in court at the scheduled November 12, 2026 hearing and, with a lesser number of victims, have requested that the Government present a written statement. Presently, three victims have advised that they will be present and wish to be heard. The Government will update the Court and defense counsel in advance of the November 12, 2026, 1:00 pm hearing, if the number of victims who wish to be present and be heard changes.

Respectfully submitted,

TODD BLANCHE
Attorney General

CHARLES C. CALENDA
First Assistant United States Attorney

CHRISTINE D. LOWELL
DENISE MARIE BARTON
Assistant United States Attorney
US Attorney's Office
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
Telephone: 401-709-5000
Fax: 401-709-5001
Email: christine.lowell@usdoj.gov
Email: denise.barton@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of November, 2026, I caused the within Government's Notice to be filed electronically and it is available for viewing and downloading from the ECF system.

CHRISTINE D. LOWELL
Assistant United States Attorney
US Attorney's Office
One Financial Plaza, 17th Floor
Providence, Rhode Island 02903
Telephone: 401-709-5000
Fax: 401-709-5001
Email: christine.lowell@usdoj.gov